## (April 16, 1951.)

BOARDWALK STORES CORPORATION, Appellant, v. CITY OF NEW YORK, Respondent.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Sneed, Wenzel and MacCrate, JJ. [See *ante*, p. 707.]

In the Matter of MARTIN R. BURDICK, Petitioner, against JOHN M. BECKMANN, as Commissioner of Police of the County of Nassau, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 659.]

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the Bond and Mortgage Guarantee Company. In the Matter of the Plan of Readjustment of the Rights of the Holders of Investments in a Mortgage Covering Premises Known as HALF MOON HOTEL, CONEY ISLAND, BROOKLYN, Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 186,039.) ABRAHAM J. HERRICK et al., Constituting the Law Firm of HERRICK, FEINSTEIN & ROSSMAN, et al., Appellants; JACK L. ALPERT et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Appellate Division properly made? Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See 277 App. Div. 1132.]

ELIZABETH MENNELLA, Respondent, v. JAMES MELVILLE et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

ABRAM MOODY et al., Appellants, v. SEABRO CORP., INC., et al., Respondents.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See *ante*, p. 591.]